# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

ANNE C. PATIN
Partner
212-574-1516
patin@sewkis.com

February 19, 2015

**VIA ECF AND EMAIL**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007
ForrestNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FEB 2 0 2015

Re: <u>Yanowitz v. Divatex Home Fashions, Inc.</u>,
15 Civ. 807 (KBS)

Dear Judge Forrest:

   We represent defendant Divatex Home Fashions, Inc. ("Divatex") in the above-referenced matter. We write to respectfully request an extension of time until March 26, 2015 for Divatex to answer or otherwise respond to the Complaint. Divatex is presently due to answer or otherwise respond to the Complaint by February 26, 2015. We make this request on account of our other professional commitments as well as the time needed to consult with our client and formulate a response to the Complaint, whether by motion or otherwise. We have conferred with counsel for plaintiff who consents to this request. This is the first such request.

   We appreciate the Court's attention to this matter.

Respectfully submitted,

s/ Anne C. Patin
Anne C. Patin

cc: Bruce D. Meller, Esq.

*Ordered*
*Application granted.*

K.B.F.
2/20/15   USDJ

SK 25855 0004 6390688