## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

ANNE C. PATIN
Partner
212-574-1516
patin@sewkis.com

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

March 4, 2015

**VIA ECF AND EMAIL**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007
ForrestNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 04 2015

Re: Yanowitz v. Divatex Home Fashions, Inc.,
15 Civ. 807 (KBS)

Dear Judge Forrest:

We represent defendant Divatex Home Fashions, Inc. ("Divatex") in the above-referenced matter. We write to respectfully request a brief adjournment of the Initial Pretrial Conference presently scheduled for April 2, 2015 at 2:00 p.m. We make this request on account of previously scheduled travel. We have conferred with counsel for plaintiff who consents to this request, and the parties jointly request that the Court reschedule the conference for a date and time during the week of April 13, 2015. This is the first such request to adjourn the Initial Pretrial Conference.

We appreciate the Court's attention to this matter.

Respectfully submitted,

s/ Anne C. Patin
Anne C. Patin

cc: Bruce D. Meller, Esq.

SK 25855 0004 6402696

*Ordered*

*Conference adjourned to 4/16/15 at 12:30 pm.*

*3/4/15*

*K.B. Forrest*
*USDJ*