UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RITCHARD YANOWITZ,

         Plaintiff,

  - against -

DIVATEX HOME FASHION, INC.,

         Defendant.
------------------------------------------------------------------------X

Civil Action No.: 15-cv-00807 (KBF)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned appears on behalf of Plaintiff, Ritchard Yanowitz, in the above-captioned action.

Dated: March 19, 2015

              PECKAR & ABRAMSON, P.C.

              By: _____
              Denis Serkin
              Attorneys for Plaintiff
              41 Madison Avenue, 20th Floor
              New York, New York 10036
              (212) 382-0909
              dserkin@pecklaw.com

TO:  All counsel of record by ECF

LAW OFFICES
Peckar & Abramson
A Professional Corporation

RIVEREDGE-#421863v1-