UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

RITCHARD YANOWITZ,

    Plaintiff,

-against-

DIVATEX HOME FASHION, INC.,

    Defendant.

------------------------------------------------------------ X

Civil Action No.: 15-cv-00807 (KBF)

**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that upon the (i) accompanying Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, (ii) the Affidavit of Ritchard Yanowitz and the exhibits annexed thereto, (iii) the Statement of Undisputed Material Facts pursuant to Local Rule 56.1, and (iv) all prior pleadings and proceedings herein, Plaintiff Ritchard Yanowitz ("Plaintiff") will move the Court before the Honorable Katherine B. Forrest, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure granting summary judgment on the First and Second Counts of the Complaint against Defendant Dixatex Home Fashion, Inc. ("Defendant") and granting such further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

April 9, 2015  
New York, New York

Respectfully submitted,

[signature]

Bruce D. Meller, Esq.

PECKAR & ABRAMSON, P.C.  
41 Madison Avenue, 20th Floor  
New York, NY 10010  
Telephone: (212) 382-0909  
Bmeller@pecklaw.com  
Attorneys for Plaintiff  
Ritchard Yanowitz

#422867.1

LAW OFFICES

Peckar &  
Abramson  
A Professional Corporation

## CERTIFICATE OF SERVICE

I certify that on April 9, 2015, I caused the foregoing Notice of Plaintiff's Motion for Summary Judgment, dated April 9, 2015, to be served by ECF upon the following counsel for Defendant:

Anne C. Patin, Esq.
Michael B. Weitman, Esq.
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200

April 9, 2015
New York, New York

                                          Bruce D. Meller, Esq.

                                          PECKAR & ABRAMSON, P.C.
                                          41 Madison Avenue, 20th Floor
                                          New York, NY 10010
                                          Telephone:  (212) 382-0909
                                          Bmeller@pecklaw.com
                                          Attorneys for Plaintiff
                                          Ritchard Yanowitz

LAW OFFICES

Peckar &
Abramson
A Professional Corporation