

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

www.pecklaw.com

41 Madison Avenue
20th Floor
New York, NY 10010
tel. 212.382.0909
fax 212.382.3456

New York, NY
River Edge, NJ
Miami, FL
Washington, D.C.
Los Angeles, CA
San Francisco, CA
Chicago, IL
Atlanta, GA
Devon, PA

International Alliances

Beijing
Bogota
Buenos Aires
El Salvador
Guatemala City
Lima
London
Managua
Mexico City
Panama
Port of Spain
San Jose
Santiago
Sao Paulo
Vancouver

*By ECF*

April 10, 2015

Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

Re:   Yanowitz v. Divatex Home Fashion, Inc.
      Case No. 15 Civ. 807 (KBF)
      Our File No. 256220

Dear Judge Forrest:

This office represents Plaintiff, Ritchard Yanowitz ("Mr. Yanowitz") in the above referenced matter. We submit this letter in accordance with Rule 4 B ii 2 of Your Honor's Individual Rules of Practice in Civil Cases and have filed it by ECF in accordance with the direction of your office.

Mr. Yanowitz asserts the existence of diversity of citizenship under 28 U.S.C. § 1332.

Mr. Yanowitz is an individual who resides in the State of New Jersey, County of Bergen.

The defendant, Divatex Home Fashion, Inc. is New York corporation with a principal place of business at 261 5th Avenue, Suite 501, New York, NY 10016. (*See* NYS Department of State report attached as Exhibit A).

Mr. Yanowitz has commenced this action for the recovery of compensation and wages due him in accordance with a written Employment Agreement and for such other and further relief afforded under the provisions of the New York Labor Law.

The amount sought by Mr. Yanowitz is in excess of $75,000.00.

Respectfully yours,

BRUCE D. MELLER
BDM.sc
Encls.
cc.   Anne C. Patin, Esq. (by ECF)
      Michael B. Weitman, Esq. (by ECF)

