```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
RITCHARD YANOWITZ,                                            :
                                                              :
                                   Plaintiff,                 :
                                                              :
              -v-                                             :     15-cv-807 (KBF)
                                                              :
DIVATEX HOME FASHION, INC.,                                   :         ORDER
                                                              :
                                   Defendant.                 :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 17, 2015

KATHERINE B. FORREST, District Judge:

The Court held an initial pretrial conference in this action on April 16, 2015. As stated at that conference:

1. The Clerk of Court shall remove the document at ECF No. 25 from the docket.

2. Defendant shall serve a copy of this Order, as well as the accompanying Scheduling Order, on Brandon Yanowitz. Defendant shall file proof of such service on ECF.

SO ORDERED.

Dated:    New York, New York
          April 17, 2015

_____
KATHERINE B. FORREST
United States District Judge