```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 17 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Ritchard Yanowitz                                            :
                                                             :
----------------------------------------                     :
                              Plaintiff(s),                  :
                                                             :      15  Civ. 807   (KBF)
              -v-                                            :
Divatex Home Fashion, Inc.                                   :      SCHEDULING ORDER
                                                             :
----------------------------------------                     :
                              Defendant(s).                  :
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties **[do ☐ / do not ☑]** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Close of fact discovery: ~~August 19, 2015~~ 10/26/15. **[within 4 months unless the case is particularly complex]**

3. Close of expert discovery: ~~September 14, 2015~~ 11/30/15. **[25 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

The parties contemplate experts in this matter for the following subject(s): Damages and otherwise TBD.

4. **[For F.L.S.A. actions only]** Plaintiff(s) **[do ☐ / do not ☐]** anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

Proposed briefing schedule:
Opening:     _____  **[30 days after initial conference]**
Opp'n:       _____  **[21 days after opening brief]**
Reply:       _____  **[7 days after opposition brief]**

---
[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

5. The parties [do [✓] / do not [ ]] anticipate making dispositive motions. The contemplated dispositive motion(s) is/are a motion(s) for summary judgment.

   Proposed briefing schedule:
   Opening: ~~September 14, 2015~~  10/26/15 [no later than item 3]
   Opp'n: ~~October 5, 2015~~  11/30/15 [21 days after opening brief]
   Reply: ~~October 12, 2015~~  12/14/15 [7 days after opposition brief]
   *Last dates to file; motions may be brought at any time.*

6. Trial [will [✓] / will not [✓]] be before a jury.

   **DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 7-10.**

7. The next status conference is set for 7/14/15 at 6pm. (telephone)

8. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: 2/26/16.

9. The Final Pretrial Conference ("FPTC") is set for 3/2/16 at 2 pm.

   Motions in limine are due <u>two weeks</u> before FPTC; oppositions are due one week later. <u>Daubert</u> motions are due <u>four weeks</u> before FPTC; oppositions are due two weeks later. (No replies.)[2]

10. Trial in this matter shall commence on ~~xxxxxx~~ 3/7/16. Trial is anticipated to take ____( ____ ~~days~~/ weeks).

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.

Dated: New York, New York
       4/16/15, 2015

                                    *K B. Fo*
                                    KATHERINE B. FORREST
                                    United States District Judge

---

[2] Deadlines for motions in limine and <u>Daubert</u> motions are generalized and subject to change. The parties may request modified schedule if desired.