UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RITCHARD YANOWITZ,<br><br>        Plaintiff,<br><br> - against -<br><br>DIVATEX HOME FASHION, INC.,<br><br>        Defendant. | 15 Civ. 807 (KBF)<br><br>**NOTICE OF MOTION** |
| DIVATEX HOME FASHION, INC.,<br><br>        Counterclaim Plaintiff,<br><br> - against -<br><br>RITCHARD YANOWITZ and<br>BRANDON YANOWITZ,<br><br>        Counterclaim Defendants. | |

    PLEASE TAKE NOTICE that upon the Declaration of Anne C. Patin, Esq., dated April 27, 2015, the accompanying memorandum of law dated April 27, 2015, and upon all prior pleadings and proceedings herein, Defendant-Counterclaim Plaintiff Divatex Home Fashion, Inc. ("Divatex") shall move this Court before the Honorable Katherine B. Forrest, at such time as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 56(d) deferring or denying consideration of Plaintiff-Counterclaim Defendant Ritchard Yanowitz's ("Plaintiff") Motion for Summary Judgment and allowing Divatex to take discovery relevant to Plaintiff's Complaint and Divatex's counterclaims.

New York, New York
April 27, 2015

                              SEWARD & KISSEL LLP


                              By:   /s Anne C. Patin
                                  Anne C. Patin
                                  Michael B. Weitman
                              One Battery Park Plaza
                              New York, New York 10004
                              (212) 574-1200

                              *Attorneys for Divatex Home Fashion, Inc.*


SK 25855 0004 6500123