# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

ANNE C. PATIN
Partner
212-574-1516
patin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

May 20, 2015

**VIA ECF AND EMAIL**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007
ForrestNYSDChambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 20, 2015
```

Re:     Yanowitz v. Divatex Home Fashion, Inc.,
         15 Civ. 807 (KBF)

Dear Judge Forrest:

We represent defendant-counterclaim plaintiff Divatex Home Fashion, Inc. ("Divatex") in the above-referenced matter. We write to respectfully request that the time by which Divatex is to submit its reply in further support of its Motion To Defer Or Deny Plaintiff's Motion For Summary Judgment And Allowing Defendant To Take Discovery, and its opposition to Plaintiff's Motion to Dismiss Defendant's Counterclaims Or, In The Alternative, For A More Definite Statement be extended from Tuesday, May 26, 2015, until Tuesday, June 2, 2015. Plaintiff's counsel consents to this request. This is Divatex's first request to adjourn the briefing schedule with regards to either motion.

We appreciate the Court's attention to this matter.

Respectfully submitted,

s/ Anne C. Patin
Anne C. Patin

cc:     Bruce D. Meller, Esq.
         Dennis Serkin, Esq.

SK 25855 0004 6616036

*Ordered*
Extension to 6/2/15 for opposition granted; reply then due 6/11/15. KBF for USDJ
5/20/15