UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

RITCHARD YANOWITZ,

    Plaintiff,

-against-

DIVATEX HOME FASHION, INC.,

    Defendant.

------------------------------------------------------------------- X

DIVATEX HOME FASHION, INC.,,

    Counterclaim Plaintiff,

-against-

RITCHARD YANOWITZ and
BRANDON YANOWITZ,

    Counterclaim Defendants.

------------------------------------------------------------------- X

Civil Action No.: 15-cv-00807 (KBF)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned appears on behalf of Plaintiff, Ritchard Yanowitz and Counterclaim Defendant, Brandon Yanowitz, in the above-captioned action.

New York, New York
June 2, 2015

PECKAR & ABRAMSON, P.C.

By:   *s/Patrick T. Murray*
      Patrick T. Murray
      41 Madison Avenue, 20th Floor
      New York, NY 10010
      Telephone: (212) 382-0909
      pmurray@pecklaw.com

TO: All Counsel of Record, by ECF

LAW OFFICES
Peckar &
Abramson
A Professional Corporation