UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

RITCHARD YANOWITZ,

    Plaintiff,

-against-

DIVATEX HOME FASHION, INC.,

    Defendant.

------------------------------------------------------------ X

DIVATEX HOME FASHION, INC.

    Counterclaim Plaintiff,

-against-

RITCHARD YANOWITZ and
BRANDON YANOWITZ,

    Counterclaim Defendants.

------------------------------------------------------------ X

Civil Action No.: 15-cv-00807 (KBF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 12 2015

*Order*

The Counterclaims are adequately pled at this stage. Discovery can resolve issues regarding precise factual details. The motion is DENIED.

/s/ K. B. Forrest
USDJ
6/12/15

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HIS
MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS OR,
IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

PECKAR & ABRAMSON, P.C.
41 Madison Avenue, 20th Floor
New York, NY 10010
Telephone: (212) 382-0909
*Attorneys for Plaintiff,
Ritchard Yanowitz*