

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

www.pecklaw.com

41 Madison Avenue
20th Floor
New York, NY 10010
tel. 212.382.0909
fax 212.382.3456

New York, NY
River Edge, NJ
Miami, FL
Washington, D.C.
Los Angeles, CA
San Francisco, CA
Chicago, IL
Atlanta, GA
Devon, PA

International
Alliances

Beijing
Bogota
Buenos Aires
El Salvador
Guatemala City
Lima
London
Managua
Mexico City
Panama
Port of Spain
San Jose
Santiago
Sao Paulo
Vancouver

*VIA ECF AND EMAIL*

June 24, 2015

Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

Re:  **Yanowitz v. Divatex Home Fashion, Inc.**
     **Case No. 15 Civ. 807 (KBF)**

Dear Judge Forrest:

We represent Ritchard Yanowitz ("Ritchard") and Brandon Yanowitz ("Brandon") in the above matter. We write to respectfully request an extension of time until July 7, 2015 for Ritchard and Brandon to answer or otherwise respond to the counterclaims/third-party claims asserted by Defendant, Divatex Home Fashions, Inc.; the responses are presently due on or before this coming Friday, June 26, 2015. We make this request on account of our other professional commitments as well as the time needed to consult with our clients and formulate appropriate responses. We have conferred with Defendant's counsel who consent to this request. This is the first such request.

We appreciate the Court's attention to this matter.

Respectfully submitted,

DENIS SERKIN
DS:ci
RIVEREDGE-#426473v1-

cc.   All Counsel of Record (via ECF & email)

