```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   RITCHARD YANOWITZ,                                        :
                                                             :
                              Plaintiff,                     :
                                                             :
              -v-                                            :    15-cv-807 (KBF)
                                                             :
   DIVATEX HOME FASHION, INC.,                               :         ORDER
                                                             :
                              Defendant.                     :
                                                             :
------------------------------------------------------------ X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: July 8, 2015 |

KATHERINE B. FORREST, District Judge:

  In light of the Court's schedule, the telephonic status conference currently set for July 14, 2015, at 1 p.m. is rescheduled to **Monday, July 13, 2015, at 3 p.m.** The parties shall call Chambers (212-805-0276) from one line at that time.

  SO ORDERED.

Dated:  New York, New York
     July 8, 2015

                 _____
                 KATHERINE B. FORREST
                 United States District Judge