UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RITCHARD YANOWITZ,

                        Plaintiff,

          -v-

DIVATEX HOME FASHION, INC.,

                        Defendant.

------------------------------------------------------------------X

DIVATEX HOME FASHION, INC.,

                    Counterclaim-Plaintiff,

          -v-

RITCHARD YANOWITZ and BRANDON
YANOWITZ,

                 Counterclaim-Defendants.

------------------------------------------------------------------X

BRANDON YANOWITZ,

                    Counterclaim-Plaintiff,

          -v-

DAVID GREENSTEIN and DIVATEX HOME
FASHION, INC.,

                 Counterclaim-Defendants.

------------------------------------------------------------------X

15-cv-807 (KBF)


ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 13, 2015

KATHERINE B. FORREST, District Judge:

The Court held a telephonic status conference in this action on July 13, 2015. As stated at that conference, the following schedule shall govern this action through trial:

1.      Close of fact discovery: **October 26, 2015**.

2.      Close of expert discovery: **November 30, 2015**.

3.      Summary judgment briefing schedule:

        a.      Openings: **December 2, 2015**.

        b.      Oppositions: **January 7, 2016**.

        c.      Replies: **January 21, 2016**.

        (No cross-motions.)  The Court will inform the parties as to whether any part of this case will proceed to trial as quickly as possible.

4.      Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due **February 26, 2016**.

5.      The Final Pretrial Conference ("FPTC") is set for **March 2, 2016, at 2 p.m.**

6.      Trial shall commence on **March 7, 2016**.

        The parties should not expect any adjournments of the trial date.  **<u>Any settlement discussions must occur in parallel with this schedule.</u>**

        The next telephonic status conference is set for **Friday, October 23, 2015, at 9 a.m.**  The parties shall call Chambers (212-805-0276) from one line at that

time.

        SO ORDERED.

Dated:      New York, New York
             July 13, 2015

                                      _____
                                        KATHERINE B. FORREST
                                   United States District Judge