

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

www.pecklaw.com

41 Madison Avenue
20th Floor
New York, NY 10010
tel. 212.382.0909
fax 212.382.3456

New York, NY
River Edge, NJ
Miami, FL
Washington, D.C.
Los Angeles, CA
San Francisco, CA
Chicago, IL
Atlanta, GA
Devon, PA

**International Alliances**

Beijing
Bogota
Buenos Aires
El Salvador
Guatemala City
Lima
London
Managua
Mexico City
Panama
Port of Spain
San Jose
Santiago
Sao Paulo
Vancouver

*VIA ECF*

July 23, 2015

Honorable Ronald L. Ellis, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

Re:  **Yanowitz v. Divatex Home Fashion, Inc.**
     **Case No. 15 Civ. 807 (KBF)**

Dear Magistrate Ellis:

We represent the Plaintiff and a Defendant on a Counterclaim in the above matter.

The matter was referred to Your Honor for settlement purposes by the Honorable Katherine B. Forrest.

In a conversation with your office yesterday, a settlement conference was scheduled for August 11, 2015 at 2:30 p.m. I then learned that one of our clients is unavailable on that date. After speaking with our adversary and the Court, we understand that August 13 is an available date for a settlement conference. All counsel and their clients are available that date. We respectfully request that the settlement conference be adjourned and rescheduled for August 13 at any time that is convenient for the Court.

Respectfully submitted,

BRUCE D. MELLER
BDM/gp
RIVEREDGE-#428473v1-

cc.   Ann Patin, Esq. (via ECF & email)
      Michael B. Weitman, Esq. (via ECF and email)
      Denis Serkin, Esq. (via ECF and email)

