UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITCHARD YANOWITZ,

                Plaintiff,

  - against -

DIVATEX HOME FASHION, INC.,

                Defendant.

---

DIVATEX HOME FASHION, INC.,

                Counterclaim Plaintiff,

  - against -

RITCHARD YANOWITZ and
BRANDON YANOWITZ,

                Counterclaim Defendants.

---

BRANDON YANOWITZ,

                Counterclaim Plaintiff,

  - against -

DIVATEX HOME FASHION, INC., and
DAVID GREENSTEIN,

                Counterclaim Defendant
                  and Additional
                  Defendant on the
                  Counterclaims.

15 Civ. 807 (KBF)

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE that upon the accompanying memorandum of law dated July 29, 2015, and upon all prior pleadings and proceedings herein, Divatex Home Fashion, Inc. and David Greenstein shall move this Court, at the United States Courthouse

located at 500 Pearl Street, New York, New York 10007 before the Honorable Katherine B. Forrest, at such time as counsel may be heard, for an order dismissing Brandon Yanowitz's Amended Counterclaims and Claims Against Additional Defendant on the Counterclaim (ECF No. 73) pursuant to Fed. R. Civ. P. 12(b)(6).

New York, New York
July 29, 2015

                                  SEWARD & KISSEL LLP

                                  By:   /s Anne C. Patin
                                          Anne C. Patin
                                          Michael B. Weitman
                                          One Battery Park Plaza
                                          New York, New York 10004
                                          (212) 574-1200

*Attorneys for Divatex Home Fashion, Inc. and David Greenstein*

SK 25855 0004 6723629