```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 14, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RITCHARD YANOWITZ,

                Plaintiff,

         -v-

DIVATEX HOME FASHION, INC.,

                Defendant.

------------------------------------------------------------X

DIVATEX HOME FASHION, INC.,

                Counterclaim-Plaintiff,

         -v-

RITCHARD YANOWITZ and BRANDON YANOWITZ,

                Counterclaim-Defendants.

------------------------------------------------------------X

BRANDON YANOWITZ,

                Counterclaim-Plaintiff,

         -v-

DAVID GREENSTEIN and DIVATEX HOME FASHION, INC.,

                Counterclaim-Defendants.

------------------------------------------------------------X

15-cv-807 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

On Friday, August 14, 2015, the Court received notification from the Magistrate Judge Ronald L. Ellis that the parties have reached a settlement in this

case on Thursday, August 13, 2015.  Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, September 14, 2015**.

All other dates and deadlines in this matter are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:      New York, New York
            August 14, 2015

_____
KATHERINE B. FORREST
United States District Judge