

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

www.pecklaw.com

41 Madison Avenue
20th Floor
New York, NY 10010
tel. 212.382.0909
fax 212.382.3456

New York, NY
River Edge, NJ
Miami, FL
Washington, D.C.
Los Angeles, CA
San Francisco, CA
Chicago, IL
Atlanta, GA
Devon, PA

**International Alliances**

Beijing
Bogota
Buenos Aires
El Salvador
Guatemala City
Lima
London
Managua
Mexico City
Panama
Port of Spain
San Jose
Santiago
Sao Paulo
Vancouver

**BY ECF AND EMAIL**

September 11, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 11 2015
```

Honorable Katherine B. Forrest, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

Re:   **Yanowitz v. Divatex Home Fashion, Inc.**
      **Case No. 15 Civ. 807 (KBF)**
      **Our File No. 7415/256220**

Dear Judge Forrest:

This office represents Ritchard Yanowitz and Brandon Yanowitz in the above matter. I write this letter on behalf of all parties to this action.

On August 14, 2015, both parties to this action accepted the settlement recommendation of Magistrate Judge Ronald L. Ellis to resolve all disputes between them. Accordingly, Your Honor entered an Order discontinuing this action without prejudice to restore the action to the court calendar if an application is made not later than Monday, September 14, 2105.

As of today, the parties have agreed to the terms of the Settlement Agreement. Our clients have executed this agreement and I am advised by our adversary, that their clients have agreed to the terms of the Settlement Agreement and are executing the Settlement Agreement.

All terms of the Settlement Agreement are due to be performed by September 25, 2015. To provide that the Court retains jurisdiction over this matter until the settlement terms are fully performed, all parties are requesting that the Court amend its Order of August 14, 2015 to provide that the deadline to make an application to restore this matter to the court's active calendar be adjourned to Monday, September 28, 2015.

So ordered,
K.B.Forrest
USDJ
9/11/15

CONSTRULEGAL

# Peckar & Abramson
A Professional Corporation Attorneys & Counselors at Law

Honorable Katherine B. Forrest
September 11, 2015
Page 2

We appreciate the Court's advice.

Respectfully submitted,

BRUCE D. MELLER
BDM/gp
RIVEREDGE-#432775v1-

cc.     All Counsel of Record (via ECF & email)