UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RITCHARD YANOWITZ,

          Plaintiff,

- against -

DIVATEX HOME FASHION, INC.,

          Defendant.

---

DIVATEX HOME FASHION, INC.,

          Counterclaim Plaintiff,

- against -

RITCHARD YANOWITZ and
BRANDON YANOWITZ,

          Counterclaim Defendants.

---

BRANDON YANOWITZ,

          Counterclaim Plaintiff,

- against -

DIVATEX HOME FASHION, INC., and
DAVID GREENSTEIN,

          Counterclaim Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 29 2015

15 Civ. 807 (KBF)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby voluntarily dismiss all claims, counterclaims, and/or cross-claims asserted in the above captioned proceeding with prejudice and without costs to any party,

which claims include: (a) Plaintiff-Counterclaim Defendant Ritchard Yanowitz's ("Ritchard Yanowitz") claims against Defendant-Counterclaim Plaintiff Divatex Home Fashion, Inc. ("Divatex"); (b) Divatex's counterclaims against Ritchard Yanowitz and Counterclaim Defendant-Counterclaim Plaintiff Brandon Yanowitz ("Brandon Yanowitz"); and (c) Brandon Yanowitz's counterclaims against Divatex and additional claims against Counterclaim Defendant David Greenstein.

Dated: September 11, 2015
New York, New York

_____
Bruce D. Meller, Esq.
Denis Serkin, Esq.
Patrick T. Murray, Esq.
PECKAR & ABRAMSON, P.C.
41 Madison Avenue, 20th Floor
New York, NY 10010
Telephone: (212) 382-0909
bmeller@pecklaw.com
*Attorneys for Plaintiff-Counterclaim Defendant Ritchard Yanowitz and Counterclaim Defendant Brandon Yanowitz*

_____
Anne C. Patin, Esq.
Michael B. Weitman, Esq.
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
patin@sewkis.com
weitman@sewkis.com
*Attorneys for Defendant-Counterclaim Plaintiff Divatex Home Fashion, Inc. and Counterclaim Defendant David Greenstein*

SO ORDERED this 28 day of September, 2015

_____
HON. KATHERINE B. FORREST, U.S.D.J.

SK 25855 0004 6778705